TO THE COURT OF CRIMINAL APPEALS
OF TEXAS
COURT CLERK

69,858-21,22

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 13 2015

Abel Acosta, Clerk

RE: DISPOSITION

I NEED TO NO THE COURTS DISPOSITION
ON THESE 11.073 WRITS OF HABEAS CORPUS

IN THE 339TH JUDICIAL DISTRICT COURT OF,
HARRIS COUNTY, TEXAS "CAUSE NO 1152281"

AND

IN THE 337th JUDICIAL DISTRICT COURT OF
HARRIS COUNTY, TEXAS "CAUSE NO 0867122"

I THANK YOU FOR YOUR TIME

RESPECTFULL SUBMITTED

Donald Wayne Herod

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 South EMILY DRIVE
BEEVILLE TX, 78102

MAY 11TH, 2015